IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| TIDAL CONSTRUCTION CO. Inc. | ) CHAPTER 11 CASE NO. 08-42573-LWD |
| | ) |
| Debtor | ) |

## APPLICATION FOR LEAVE TO SELL REAL PROPERTY AT PRIVATE SALE

1. Tidal Construction Co. Inc., debtor and debtor in possession in the captioned case, ("Applicant"), does hereby apply to the Court for leave to sell at **PRIVATE SALE** the following described parcel of real property and the improvements thereon:

   **ALL that certain lot, tract or parcel of land situate, lying and being in the City of Savannah, Chatham County, Georgia and known as LOT FIFTEEN (15) upon a map or plat of WESLYN PARK TOWNHOMES, a plat creating Lots 7-28, Vallambrosa Plantation, 7th G.M. District, City of Savannah, Chatham County, State of Georgia", made by Kern-Coleman & Co., Inc., recorded in S.M.B. 36-P, Page 32A and 32B in the Office of the Clerk of the Superior Court of Chatham County, Georgia. For a more particular description, reference is made to the aforementioned plat filed of record. Said property identified as 36 Weslyn Park Drive, Savannah, Georgia 31419 and bearing PIN 2-1030-01-034. The interest herein conveyed includes, without limiting the generality of the foregoing, an individual interest in the common areas of Weslyn Park Townhomes as the same is defined in said Declaration of Restrictive Covenants and Conditions.**

   This property is commonly known as 700 Kendal Court, Savannah, Georgia 31419.

2. Applicant requests Court approval to sell this property at **PRIVATE SALE** to Gary W. Poole, for $175,000.00, cash, free and clear of liens, with valid liens only to attach to the proceeds of the sale. (The parties have agreed that Applicant will contribute up to $7,400.00, towards closing costs).

3. Applicant states that the property is encumbered by a first deed to secure debt in favor of First Chatham Bank, securing an indebtedness of $122,368.01, good through October 5, 2009, plus per diem interest of $11.55, thereafter. (Exact payout will be the amount due and owing at time of closing).

4. Applicant also shows there are (estimated) ad valorem taxes due Chatham County in the amount of $3,051.81, and the City of Savannah in the amount of $1,371.81. (Exact payout(s) will be the amounts due and owing each claimant at time of closing).

5. Applicant requests permission to pay Sunrise Realty, a real estate sales commission in the total amount of $8,750.00 (5% X $175,000.00).

6. A copy of the sales contract underlying the proposed sale is attached hereto as Exhibit "A", and the terms and conditions contained therein are hereby incorporated by reference.

7. Applicant believes the sale as proposed to be in the best interests of the estate and creditors, and accordingly, that it should be approved.

8. Applicant requests that notice be given to creditors and parties in interest of this application for leave to sell and that the Court direct that objections and requests for a hearing before the Bankruptcy Judge, if any, to the sale as proposed, must be in writing and filed with the Clerk of the Bankruptcy Court, Post Office Box 8347, Savannah, Georgia 31412, and served upon the Applicant's attorney, James L. Drake, Jr., at Post Office Box 9945, Savannah, Georgia 31412, within such time as the Court shall fix, and further that any objections not timely filed and served be deemed waived.

9. Applicant further requests that the Court in its discretion take such other action or provide such other relief as it deems equitable or appropriate.

**DATED** at Savannah, Georgia, this 11th day of August, 2009.

s/ James L. Drake, Jr.
JAMES L. DRAKE, JR.
Attorney for Tidal Construction Co., Inc./
Applicant

Prepared by:
JAMES L. DRAKE, JR.
ATTORNEY AT LAW
P. O. BOX 9945
SAVANNAH, GA 31412
(912) 790-1533

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| TIDAL CONSTRUCTION CO Inc., | ) CHAPTER 7 CASE NO.: 07-40492-LWD |
| | ) |
| DEBTOR. | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served the foregoing, **APPLICATION FOR LEAVE TO SELL REAL PROPERTY AT PRIVATE SALE,** through CM/ECF or by depositing same in the United States Mail with sufficient postage affixed thereon, to those addressed below:

Matthew E. Mills
Asst. U.S. Trustee
Commerce Building
222 W. Oglethorpe Ave., Ste. 302
Savannah, GA  31401

This the 11th day of August, 2009.

s/ James L. Drake, Jr.
JAMES L. DRAKE, JR.
Attorney for Tidal Construction
Co. Inc.

Prepared by:
JAMES L. DRAKE, JR.
ATTORNEY AT LAW
P. O. BOX 9945
SAVANNAH, GA 31412
(912) 790-1533